# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. SPENCER,<br><br>        Plaintiff,<br><br>   v.<br><br>LAWHORN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:01-CV-6066-OWW-SMS-P<br><br>ORDER DIRECTING THAT THIS ACTION SHALL PROCEED AS ONE BROUGHT PURSUANT TO 42 U.S.C. § 1983, AND DIRECTING THE CLERK'S OFFICE TO RE-DESIGNATE THIS ACTION AS A "P" CASE |

      This action was initiated by Joseph C. Spencer ("Spencer") on August 17, 2001, via the filing of a petition for writ of habeas corpus. In the course of the proceedings, Spencer changed the nature of his claims and on May 20, 2005, Spencer was directed by the Court to decide whether he wanted to proceed on habeas claims or conditions-of-confinement claims. On June 28, 2005, Spencer notified the Court that he wishes to proceed with conditions-of-confinement claims.

      Accordingly, is it HEREBY ORDERED that:

      1.    This action shall proceed as one brought pursuant to 42 U.S.C. § 1983; and

      2.    The Clerk's Office shall re-designate this case in the Court's system from an "HC" case to a "P" case.

IT IS SO ORDERED.

**Dated:**   **August 4, 2005**                  /s/ Sandra M. Snyder
i0d3h8                                               UNITED STATES MAGISTRATE JUDGE