# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. SPENCER, | CASE NO. 1:01-CV-6066-OWW-SMS-P |
| Plaintiff, | ORDER INSTRUCTING PLAINTIFF ON SUBMISSION OF THE FILING FEE |
| v. | |
| LAWHORN, et al., | |
| Defendants. | |

On June 28, 2005, plaintiff Joseph C. Spencer ("plaintiff") filed an application to proceed in forma pauperis. However, on August 1, 2005, plaintiff notified the Court that he is now able to pay the filing fee in full and requested instructions.

The filing fee is $150.00 and plaintiff previously paid $5.00.[1]  Therefore, plaintiff owes a balance of $145.00 and shall mail a check or money order to the Clerk's Office.  <u>Plaintiff must include his case number with his payment</u>, either (1) on the check or money order itself, or (2) in a note accompanying the check or money order.  Plaintiff shall mail his payment, within **thirty (30) days**, to:

United States District Court
1130 "O" Street, Room 5000
Fresno, CA 93721.

IT IS SO ORDERED.

**Dated:     August 4, 2005**              /s/ Sandra M. Snyder
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The filing fee is currently $250.00. However, at the time plaintiff filed this action, the fee was $150.00.