# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. SPENCER, | CASE NO. 1:01-CV-6066-OWW-SMS-P |
| Plaintiff, | NOTICE TO PLAINTIFF THAT HE MUST SIGN HIS FILINGS |
| v. | |
| LAWHORN, et al., | |
| Defendants. | |

Plaintiff is hereby notified that all of his filings must bear his original signature. Typing his name on his filings is insufficient. Any future filings that do not bear plaintiff's signature will be stricken from the record.

IT IS SO ORDERED.

Dated:   August 4, 2005           /s/ Sandra M. Snyder
i0d3h8                             UNITED STATES MAGISTRATE JUDGE

1